IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No.  14-mj-01132-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALLEN J. PENDERGRASS,

Defendant.

---

## ORDER

---

The United States conceded at the preliminary hearing this afternoon that it lacks probable cause to hold the defendant for a violation of his supervised release and that he should be released from federal custody.  Accordingly,

IT IS ORDERED that the Petition is DISMISSED, and the defendant ordered released from custody.

Dated October 27, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge